**Order entered March 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00710-CR

## JOHN FRANCIS WALSH III, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-75832-H

### ORDER

Before the court is pro se appellant's March 19, 2020 motion to extend the time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and extend the time to file appellant's pro se response to **May 25, 2020**.

In her January 7, 2020 motion to withdraw, counsel represented she had sent appellant a copy of the record, but she did not indicate the address where she mailed the record to appellant. In his extension motion, appellant states he only learned about counsel's withdrawal recently, in a communication that also

informed him of the April 5, 2020 deadline for filing his pro se response. Appellant represents he had not yet received a copy of the record. Based on appellant's description of the "communication" he received, it appears the court's February 20, 2020 letter inviting him to file a pro se response was the first document appellant received informing him counsel had filed a motion to withdraw. Thus, it appears appellant did not receive the copy of the record counsel referenced in her motion to withdraw.

To ensure appellant has access to the record, we **ORDER** appellant's counsel, Sharita Blacknall, to mail a copy of the appellate record to appellant and to file, within **TWENTY-ONE DAYS** of the date of this order, a verification that she has mailed a copy of the record to appellant.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to appellate counsel Sharita Blacknall and to counsel for the State.

We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to John Francis Walsh, III; TDCJ # 02270860; Coffield Unit; 2661 FM 2054; Tennessee Colony, Texas 75884.

/s/    CORY L. CARLYLE
        JUSTICE